THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 674-8600
Facsimile:    (415) 674-9900

Attorney for Plaintiff
DAREN HEATHERLY; and
IRMA RAMIREZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>        Plaintiffs,<br><br>v.<br><br>PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE; ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI,<br><br>        Defendants. | CASE NO. CV-13-3649-EMC<br><br>**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON** |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and Defendants PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE; ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI, by and through their respective counsel, respectfully request and stipulate, as follows:

1.   **Whereas**, all defendants have been served with the summons and complaint and have answered plaintiffs' complaint;

///

///

///

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and
[PROPOSED] ORDER THEREON                                                                                         CASE NO. CV-13-3649-EMC

1

2. **Whereas**, pursuant to General Order 56, ¶3,4, the parties were to have the Joint Site Inspection at Patpong Thai Cuisine, located at/near 2415 Clement Street, San Francisco, California completed by no later than November 19, 2013. However, due to scheduling conflicts and the holidays, the parties were/are unable to conduct the General Order 56 Joint Site Inspection;

3. **In light of the above**, the parties have agreed to conduct the joint site inspection on February 17, 2014.

**IT IS SO STIPULATED:**

That, plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE; ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the General Order 56 Joint Site Inspection of the premises be continued up to and including February 21, 2014.

This stipulation may be executed in counterparts, and all executed counterparts shall constitute an agreement which shall be binding upon all parties hereto, notwithstanding that the signatures of all of the parties' designated representatives do not appear on the same page. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: December 11, 2013

THOMAS E. FRANKOVICH, Esq.
***A PROFESSIONAL LAW CORPORATION***

By: ___/s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorney for Plaintiff DAREN HEATHERLY; and Plaintiff IRMA RAMIREZ

///
///

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON    CASE NO. CV-13-3649-EMC

2

| | | |
|---|---|---|
|1| Dated: **12/12**, 2013 | LAW OFFICES OF JOSEPH A. SACRAMENTO, |
|2| | |
|3| | |
|4| | By: _____ |
|5| | David J. Foran, Esq. |
|6| | Attorney for Defendants ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI |
|7| | |
|8| Dated: _____, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP, |

By: _____
Stuart K. Tubis, Esq.

Attorney for Defendant PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE

### ~~PROPOS~~ED ORDER

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including __**2/21**__, 2014.

```
The CMC is reset for 3/20/14 at 9:00 a.m.  A joint CMC statement
is due 3/13/14.
```

Dated: __**1/6/14**__, ~~2013~~ _____
Honorable Edward M. Chen
United States District Court

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON
CASE NO. CV-13-3649-EMC

3

| | |
|---|---|
| Dated: _____, 2013 | LAW OFFICES OF JOSEPH A. SACRAMENTO, |
| | |
| | By: _____ |
| | David J. Foran, Esq. |
| | Attorney for Defendants ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI |
| Dated: _____, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP, |
| | By: _/s/ Stuart K. Tubis_____ |
| | Stuart K. Tubis, Esq. |
| | Attorney for Defendant PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE |

## **PROPOSED ORDER**

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including _____, 2014.

Dated: _____, 2013

_____
Honorable Edward M. Chen
United States District Judge of California

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON                         CASE NO. CV-13-3649-EMC

3