THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiffs DAREN HEATHERLY;
and IRMA RAMIREZ,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE; ANTONIO CASTELLUCI; and MARCO A. CASTELLUCI,<br><br>Defendants. | **CASE NO. CV-13-3649-EMC**<br><br>**STIPULATION OF DISMISSAL AND [PR~~OPO~~SED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action become and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

9  Dated: July 17, , 2014

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for Plaintiff DAREN HEATHERLY; and
Plaintiff IRMA RAMIREZ

17  Dated: 8/18, 2014

LAW OFFICES OF JOSEPH A. SACRAMENTO,

By: [signature]
David J. Foran, Esq.
Attorney for Defendants ANTONIO
CASTELLUCI; and MARCO A. CASTELLUCI

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON   CASE NO. CV-13-3649-EMC

-2-

Dated: July 18, 2014

JEFFER MANGELS BUTLER & MITCHELL LLP,

By: _____
Martin H. Orlick
Attorney for Defendant PATPONG THAI CUISINE, INC., a California Corporation dba PATPONG THAI CUISINE

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: 9/2, 2014

_____
Honorable M. Chen
DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*